# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:12-CV-11489-MBB |
| | ) |
| | ) |
| EDWARD LABORIO, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Attorney Robert L. Peabody, of Collora LLP, 100 High Street, Boston, MA 02110, hereby files his Appearance on behalf of defendant Edward Laborio in connection with all proceedings pending before the United States District Court in the above captioned civil matter. All correspondence and other Court-related communications/ correspondence should be directed to Attorney Robert L. Peabody at the office address provided.

Respectfully submitted,

**EDWARD LABORIO**
by his Attorneys,

**/s/ Robert L. Peabody**
Robert L. Peabody
Collora LLP
100 High Street, 20th Floor
Boston, MA 02110
617 371-1361

**Dated: April 29, 2013**

2

**CERTIFICATE OF SERVICE**

    I, Robert L. Peabody, pursuant to Local Rules 5.2 (b) and 5.4 (c), hereby certify that a true copy of the above document was served on Securities and Exchange counsel David H. London by electronic means on April 29, 2013.

                                            /s/ Robert L. Peabody