UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:12-CV-11489-MBB |
| v. ) | |
| ) | |
| EDWARD LABORIO, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF ROBERT S. WOLF

I, Robert S. Wolf, declare under penalty of perjury that:

1. I am the attorney representing Edward Laborio in the above-captioned civil matter and make this declaration in support of the Attorney Robert L. Peabody's Motion for Admission of Robert S. Wolf to appear as counsel *pro hac vice* before the United States District Court for the District of Massachusetts..

2. I am an attorney admitted to the New York State Bar.

3. I am currently in good standing with the New York State Bar.

4. There are no disciplinary proceedings pending against me at this time, nor have there ever been any disciplinary proceedings filed against me by the New York State Bar.

5. I have read, and I am familiar with, the Local Rules of the United States District Court for the District of Massachusetts.

I swear that, to the best of my knowledge any memory, the foregoing is true and correct.

_____
Robert S. Wolf

**Dated: April 29, 2013**