UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> EDWARD M. LABORIO, et al. <br><br> Defendant. | Case No. 1:12-cv-11489 (MBB) |

## MOTION OF ATTORNEYS ROBERT S. WOLF AND ROBERT PEABODY TO WITHDRAW AS COUNSEL

Robert S. Wolf declares under penalty of perjury that:

1. I am counsel for Edward M. Laborio in the above-referenced action having previously been admitted *pro hac vice* by prior Order of this Court. Robert L. Peabody, formerly of Collora LLP, also previously entered his appearance as Mr. Laborio's counsel in this matter.

2. Mr. Laborio informed both Mr. Peabody and I that he no longer wanted us to represent him in this matter and has indicated that he intends to have the firm of Regan Lane & Messinger, 101 Tremont street, Suite 1008, and Boston, MA 02108, seek the Court's permission to substitute for us and represent Laborio in the instant SEC matter going forward. I understand that Robert Messinger of Regan, Messinger & Lane will appear before the Court at the status conference hearing on Tuesday, March 4, 2014 at 2:30 P.M.

3. In view of the early stage of this case, one which has been tracking Mr. Laborio's pending criminal prosecution currently pending before the Hon. F. Dennis Saylor, IV, there

ought not be prejudice to Mr. Laborio or the Securities and Exchange Commission if he is permitted to have new counsel appear in this matter on his behalf.

4.  Wherefore, counsel respectfully moves to withdraw as counsel to Mr. Laborio and requests that the Court enter an Order relieving Robert Peabody (and Collora LLP) and undersigned from further representation in this matter.

5.  Undersigned counsel will be available by telephone – **(212) 554-7825** -- to address the Court at 2:30 P.M. on his motion to withdraw as counsel for Mr. Laborio.

6.  Dated this 3rd day of March, 2014.

Respectfully submitted,

MOSES & SINGER LLP
*Attorneys for the Defendant*

By:  /s Robert S. Wolf
  Robert S. Wolf
  New York State Bar No. 1874247
  405 Lexington Avenue
  New York, New York 10174
  Telephone (212) 554-7800
  Facsimile (917) 206-4325
  rwolf@mosessinger.com

CERTIFICATE OF SERVICE

I hereby certify that in accordance with **Local Rule 5.2(b),** this document was filed through the ECF system will be sent electronically to Mr. Robert Peabody, co-counsel to Mr. Laborio, and David London, attorney for the Securities and Exchange Commission in this action.

/s Robert S. Wolf

4820-0981-8137, v. 1