UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE COMMISSION,

                      Plaintiff,

        v.

EDWARD M. LABORIO,
JONATHAN FRAIMAN,
MATTHEW K. LAZAR,
ENVIT CAPITAL, LLC,
ENVIT CAPITAL GROUP, INC.,
ENVIT CAPITAL HOLDINGS, INC.,
ENVIT CAPITAL PRIVATE WEALTH
    MANAGEMENT, LLC,
ENVIT CAPITAL MULTI STRATEGY MIXED
    INVESTMENT FUND I LP,
AETIUS GROUP, PLC, and
AETIUS GROUP, LLC,

                      Defendants.

C.A. No. 1:12-cv-11489-MBB

**SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR
ENTRY OF DEFAULT JUDGMENT AS TO DEFENDANT EDWARD M.
LABORIO AND ENTRY OF FINAL JUDGMENT PURSUANT
TO FEDERAL RULES OF CIVIL PROCEDURE 54(b) and 55(b)(2)**

Plaintiff Securities and Exchange Commission ("Commission") hereby moves for entry of default judgment against defendant Edward M. Laborio pursuant to Federal Rule of Civil Procedure 55(b)(2) because there is no just reason for delay pursuant to Federal Rule of Civil Procedure 54(b). In support of this request, the Commission submits the accompanying memorandum of law; the attached Declaration of David London dated October 7, 2014 ("London Decl."); and the attached Declaration of Mark B. Albers dated October 7, 2014. In addition, the Commission states as follows:

1.	Laborio is not an infant, incompetent person, or in the military service of the United States.  *See* London Decl., ¶3.

2.	For the reasons set forth in the accompanying materials, the Commission is entitled to a final judgment:  (a) permanently enjoining Laborio from future securities laws violations, (b) requiring Laborio to pay disgorgement and pre-judgment interest in the total amount of $5,006,590, (c) requiring Laborio to pay an appropriate civil penalty, (d) ordering that Laborio be prohibited from acting as an officer or director of a public company, and (e) ordering that Laborio be prohibited from participating in an offering of penny stock.

A proposed form of Final Judgment is submitted herewith.

Respectfully submitted,

**SECURITIES AND EXCHANGE COMISSION,**

By its attorneys,

/s/ David H. London
David H. London (Mass. Bar No. 638289)
Eric A. Forni (Mass. Bar No. 669685)
33 Arch Street, 23rd Floor
Boston, Massachusetts 02110
Tel: (617) 573-8997 (London direct)
Fax: (617) 573-4590
Email: londond@sec.gov

October 7, 2014

## CERTIFICATE OF SERVICE

      I hereby certify that, on October 7, 2014, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notice in this case.

      /s/ David H. London
      David H. London